### 23415

The STATE, Petitioner v. Prayther Evonne CLIFTON, Respondent.
(406 S.E. (2d) 337)

Supreme Court

*Atty. Gen. T. Travis Medlock, Asst. Attys. Gen. Harold M. Coombs, Jr., and Norman Mark Rapoport; and Sol. James C. Anders, Columbia, for petitioner.*

*Jack B. Swerling,* and *Jennifer Kneece Shealy,* Columbia, *for respondent.*

Heard May 7, 1991.

Decided June 24, 1991.

*Per Curiam:*

This case is before the Court on a writ of certiorari to review the Court of Appeals' decision reported at — S.C. —, 396 S.E. (2d) 831 (1990). We now dismiss the writ as improvidently granted.

Dismissed.